# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN DONAHUE, | |
| Plaintiff, | NO. 3:19-CV-1859 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 18th day of November, 2019, upon consideration of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 5) as well as Plaintiff's Objections (Doc. 6) and Amended Objections (Doc. 7) thereto, and reviewing the uncontested portions of the Report and Recommendation for plain error and the contested portions *de novo*, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED in part**.

(2) The Complaint (Doc. 1) is **DISMISSED without prejudice** for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.[1]

(3) Plaintiff has **twenty (20) days** to file an amended complaint in compliance with the Federal Rules of Civil Procedure as set forth in the Report and Recommendation.

(4) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

---

[1] Plaintiff does not specifically address Magistrate Judge Carlson's conclusion that the Complaint fails to comply with Rule 8 in his objections. Regardless, though, I am in agreement with Magistrate Judge Carlson that the Complaint does not meet the pleading requirements of Rule 8.